**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-21-0000574**
**22-FEB-2022**
**08:19 AM**
**Dkt. 107 ODMR**

NO. CAAP-21-0000574

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STEPHEN I. ADLER, Plaintiff-Appellant, v.
DISCOVERY HARBOUR COMMUNITY ASSOCIATION, Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 3CCV-20-0000367)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Ginoza, Chief Judge, Hiraoka and McCullen, JJ.)

Upon consideration of self-represented Plaintiff-Appellant Stephen I. Adler's (**Adler**) February 16, 2022 Motion for Reconsideration, the papers in support, and the record, it appears that Adler has failed to present any point of law or fact that the court overlooked or misapprehended when it issued its February 9, 2022 Order Dismissing Appeal for Lack of Appellate Jurisdiction. See Hawaiʻi Rules of Appellate Procedure Rule 40(b).

Therefore, IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawaiʻi, February 22, 2022.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge